McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

2005 SEP 21  A 8:40

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
          DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MG. F 05-00250 LJO |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT AND WARRANT OF ARREST |
| v. | |
| AMANDO LOPEZ, | |
| Defendant. | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the complaint and warrant of arrest be unsealed and made public record.

DATED: Sept 21, 2005

LAWRENCE J. O'NEILL
United States Magistrate Judge